MINUTE ENTRY
April 24, 2006
JUDGE DONALD E. WALTER
SHREVEPORT DIVISION

| LINDA SPILLERS, ET AL. | CIVIL ACTION NO. 01-2095 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| AMERICAN HOME PRODUCTS CORP. | MAGISTRATE JUDGE KIRK |

This Court has reviewed plaintiff's handwritten fact sheet requested in defendant's First Motion to Compel [doc. #40]. Plaintiff shall supply defendant copies of the following sections of the handwritten fact sheet, within fifteen days of this minute entry:

1. Page 3, Section C
2. Page 6, Section O
3. Page 9, Section A
4. Page 23, Section A
5. Page 27, Sections A-D.